

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00466-CR

JESSE RYAN CLAIBORNE                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

### FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY
### TRIAL COURT NO. 45,424-A

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jesse Ryan Claiborne filed a notice of appeal, complaining of the trial court's order denying his motion for appointed counsel for the purpose of seeking post-conviction relief. We notified appellant that it appeared we did not have jurisdiction over his attempted appeal and that we would dismiss his appeal unless he filed a response by January 19, 2016, showing grounds to continue the

---

[1]See Tex. R. App. P. 47.4.

appeal. *See* Tex. R. App. P. 44.3. Appellant did not respond. We do not have jurisdiction to review the trial court's order. *See* Tex. Code Crim. Proc. Ann. art. 11.07, § 3(a) (West 2015); *Bostice v. State*, No. 02-15-00333-CR, 2015 WL 7008147, at *1 (Tex. App.—Fort Worth Nov. 12, 2015, no pet.) (mem. op., not designated for publication); *see also Bridle v. State*, 16 S.W.3d 906, 907 (Tex. App.—Fort Worth 2000, no pet.). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL: LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 3, 2016